

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** §<br>§<br>**Plaintiff,** §<br>§<br>**v.** §<br>§<br>**(1), JAVIER ALEJANDRO** §<br>**GAMBOA VALADEZ, &** §<br>**(2), JOSE BENJAMIN HERNANDEZ,** §<br>§<br>**Defendants.** §<br>§ | **Case No: 4:25-CR-00173**<br><br>**I N D I C T M E N T**<br><br>**CT 1:** 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; and<br><br>**CT 2:** 21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance. |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about August 13, 2025, in the Western District of Texas, Defendants,

## (1) JAVIER ALEJANDRO GAMBOA VALADEZ
## (2) JOSE BENJAMIN HERNANDEZ

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others to the Grand Jury known and unknown, to commit an offense against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved cocaine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) in the quantities set forth below:

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of cocaine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| (1) JAVIER ALEJANDRO GAMBOA VALADEZ | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine | 841(b)(1)(A)(ii) |
| (2) JOSE BENJAMIN HERNANDEZ | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine | 841(b)(1)(A)(ii) |

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about August 13, 2025, in the Western District of Texas, Defendant,

**(1) JAVIER ALEJANDRO GAMBOA VALADEZ, &**
**(2) JOSE BENJAMIN HERNANDEZ,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

A TRUE BILL.



FOREPERSON OF THE GRAND JURY

**JUSTIN R. SIMMONS**
**UNITED STATES ATTORNEY**

BY: _____
for SCOTT V. GREENBAUM
Assistant U.S. Attorney